UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-22722-CIV-UNGARO

NEAL PITTENGER,
    Plaintiff,

v.

NORWEGIAN CRUISE LINES,
    Defendant.
_____/

## NOTICE OF COURT PRACTICE UPON NOTICE OF SETTLEMENT

THIS CAUSE is before the Court upon the Plaintiff's Notice of Settlement, recieved by the Court via facsimile on November 25, 2008.

THE COURT has considered the Notice and the pertinent portions of the record and is otherwise fully advised in the premises. The Notice states that a settlement has been reached among the parties. It is hereby

ORDERED AND ADJUDGED that all papers related to the settlement reached by Plaintiff and Defendant, including any order of dismissal stating specific terms and conditions, must be received by this Court by **December 30, 2008 at 5:00 p.m.** If such papers are not filed by this deadline, this matter will be DISMISSED without further notice. Within sixty days of such an order of dismissal, either party may petition the court to have the case reinstated after showing good cause as to why settlement was not in fact consummated.

DONE AND ORDERED in Chambers at Miami, Florida, this 26 day of November, 2008.

                                                              For URSULA UNGARO
                                                               UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record